## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSEL DIXON THAYER, et al., | : | |
|     *Plaintiffs*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 18-0689 |
| | : | |
| WHEELER, WOLFENDEN, & DAWARES, P.A., et al., | : | |
|     *Defendants*. | : | |

### **ORDER**

**AND NOW**, this 15th day of January, 2019, upon consideration of the representations made by counsel at settlement conferences held before the Honorable Lynne A. Sitarski, United States Magistrate Judge (ECF Nos. 18, 20), it is hereby **ORDERED** that this matter is **DISMISSED** pursuant to Local Rule 41.1(b). The Clerk of Court is directed to close the above-captioned matter for statistical and all other purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.